Jason STALEY, Defendant
Below, Appellant,

v.

STATE of Delaware, Plaintiff
Below, Appellee.

No. 502, 2015

Supreme Court of Delaware.

Submitted: December 8, 2015
Decided: December 14, 2015

Court Below—Superior Court of the State of Delaware in and for New Castle County, Cr. ID No. 1408021769.

DISMISSED.